**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MEDIA NETWORKS LLC<br><br>*Plaintiff*,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>*Defendant*. | Case No. 1:15-cv-00420-RGA |

## NOTICE OF CHANGE OF FIRM AFFILIATION OF SUSAN A. SMITH

PLEASE TAKE NOTICE that as of April 2, 2018, Susan A. Smith, counsel for defendant Volkswagen Group of America, Inc. and admitted *pro hac vice* in this action, has been affiliated with Hunton Andrews Kurth LLP. Her current contact information is as follows:

Susan A. Smith
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202-955-1500
202-778- 2201 (fax)
susansmith@huntonak.com

                              SAUL EWING ARNSTEIN & LEHR LLP

                              /s/ James Darlington Taylor, Jr.
                              James Darlington Taylor, Jr., Esquire (No.4009)
                              P.O. Box 1266
                              1201 N. Market Street, Suite 2300
                              Wilmington, Delaware 19899-1266
                              (302) 421-6863
                              jtaylor@saul.com
                              *Attorneys for Volkswagen Group of America, Inc.*

October 12, 2018